## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101-1708

| | |
|---|---|
| In re:<br><br>GT Advanced Technologies Inc., et al.<br>    Reorganized Debtor(s)<br><br>GTAT Corporation,<br>    Plaintiff(s),<br><br>v.<br><br>Deloitte & Touche LLP,<br>    Defendant(s) | Chapter 11<br>Case No. 14-11916-CJP (Lead Case)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Proc. No. 16-01343-CJP |

## CERTIFICATE OF SERVICE

I, Nathaniel Koslof, certify that service of this summons and a copy of the Complaint, Order Establishing Procedures for the Prosecution and Resolution of Avoidance Claim and Notice of Affidavits and Biographies of Court-Approved Mediators for the Mediation of Avoidance Actions Filed by the Reorganized Debtors was made December 3, 2016 by: [See attached]

☐      Mail Service: Regular, first class United States mail, postage fully pre-paid addressed to: [see attached list]

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐      Residence Service: By leaving the process with the following adult at:

☐      Certified Mail Service/Return Receipt Requested.

☐      Publication: The defendant was served as follows: [Describe briefly]

         [Describe briefly]

☐      State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: December 19, 2016                Respectfully submitted,

                                        SULLIVAN & WORCESTER LLP




                                        /s/ Nathaniel R.B. Koslof
                                        Nathaniel R.B. Koslof, Esq. (BNH07544)
                                        Matthew E. Lane, Esq. (BNH07537)
                                        Sullivan & Worcester LLP
                                        One Post Office Square
                                        Boston, MA 02109
                                        Telephone: (617) 338-2800
                                        Facsimile: (617) 338-2880
                                        Email: mlane@sandw.com
                                        Email: nkoslof@sandw.com

## ATTACHMENT

Emailing same to Roland Young, Esq. at rolyoung@deloitte.com, Associate General Counsel, Deloitte LLP,, who accepted service on behalf of the Defendant.